THE STATE OF MONTANA EX REL. JOHN STANLEY DICKENSON, PLAINTIFF, *v.* THE DISTRICT COURT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF GALLATIN, AND THE HONORABLE W. W. LESSLEY, JUDGE THEREOF, DEFENDANTS.

No. 11884.
Decided May 29, 1970
470—P.2d 531.

ORDER

PER CURIAM:

Original proceeding. Petition for appropriate writ to require district court to suppress certain evidence and dismiss certain criminal proceedings pending against the petitioner. Counsel was heard ex parte and the matter taken under advisement.

It is ordered that the relief sought be denied without prejudice. The proceeding is dismissed.